**97–988.   Cooper v. United Parcel Serv.**

Franklin App. No. 96APD06–824.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of the application for dismissal by the Industrial Commission of Ohio,

IT IS ORDERED by the court that the application for dismissal by the Industrial Commission of Ohio be, and hereby is, granted.

The appeal of United Parcel Service remains pending.

**97–1664.   State ex rel. Simpson v. Neff Co., Chenielle Products.**

Franklin App. No. 96APD09–1203.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–747.   Ferro Corp. v. Blaw–Knox Food & Chem. Equip. Co.**

Cuyahoga App. Nos. 70804 and 70936.   This cause is pending before the court as a cross-appeal from the Court of Appeals for Cuyahoga County.   Upon consideration of the joint application for dismissal of the appeal and cross-appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–748.   Ferro Corp. v. Blaw–Knox Food & Chem. Equip. Co.**

Cuyahoga App. Nos. 70804 and 70936.   This cause is pending before the court on the certification of conflict by the Court of Appeals for Cuyahoga County.   Upon consideration of the joint application for dismissal of the appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.